UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| GERSE YESIC RUEDA MORALES,<br><br>Petitioner,<br><br>v.<br><br>WARDEN,<br>DIRECTOR OF ICE,<br>ATTORNEY GENERAL,<br><br>Respondents. | ) | No. 2:26-cv-00756-JPH-MKK |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

For good cause shown, Petitioner's Motion for Extension of Time, dkt. [12], is **granted**. Petitioner's Reply and Supplement to Respondents' Return, dkt. 11, is due **no later than November 30, 2026**.

Because counsel has appeared on behalf of Petitioner, Petitioner's Motion to Appoint Counsel, dkt. [3], is **denied as moot**.

**SO ORDERED.**

Date: 11/24/2026

James Patrick Hanlon
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel